**Order filed March 1, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-11-00089-CV**

———————

**ANGELA GARCIA, Appellant**

**V.**

**FRANCISCO J. ALVAREZ, Appellee**

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2005-22461**

## O R D E R

This is an appeal from a judgment signed January 13, 2011. The clerk's record was filed April 7, 2011.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's findings of fact and conclusions of law.

On February 24, 2012, the court received a supplemental clerk's record containing unsigned findings of fact and conclusions of law. The supplemental clerk's record contains a document titled, "Findings of Fact and Conclusions of Law." At the top of the

document is appellee's attorney's handwritten note: "stipulated that this document was filed w/ the court on or about Feb. 14, 2011."  The supplemental record also contains a letter from appellant's attorney explaining that the court's file in this case was lost and the parties cannot recover the original findings of fact and conclusions of law.

The parties are directed to file a supplemental clerk's record on or before **March 9, 2012**, containing a certified statement that the omitted item cannot be recovered.


PER CURIAM